IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PHILLIP ALIG, SARA J. ALIG,
ROXANNE SHEA and DANIEL V. SHEA,
Individually and on behalf of a class of persons,
               Plaintiffs,

Civil Action No.:5:12-cv-00114 JPB

v.

QUICKEN LOANS, INC., et al.,
               Defendants.

## MOTION TO DISMISS

    Defendant Appraisals Unlimited, Inc., by and through its counsel, moves the Court to dismiss the above-cited cause of action against it and in support thereof states that all matters in controversy between the Plaintiffs and it have been resolved to the satisfaction of said parties. The remaining Defendants, Quicken Loans, Inc., Title Source, Inc. dba Title Source of West Virginia, Incorporated and Richard Hyett, have no cross claims against Defendant Appraisals Unlimited, Inc.

    WHEREFORE, Defendant Appraisals Unlimited, Inc. prays that the cause of action against it be dismissed with prejudice, and all costs are to be borne by the party incurring the same.

*s/Daniel J. Guida*
Daniel J. Guida, Esq. (WVSB 4604)
Guida Law Offices
3374 Main Street
Weirton, WV 26062
Telephone: (304) 748-1213
Fax: (304) 748-1225
E-Mail: guidalaw@comcast.net
**Counsel for Defendant Appraisal Unlimited, Inc.**

## CERTIFICATE OF SERVICE

I, Daniel J. Guida, counsel for Appraisals Unlimited, Inc., do hereby certify that on the 29th day of December, 2015, I served this *Motion To Dismiss* upon counsel of record via electronic notification through the Court's CM/ECF system:

James G. Bordas, Jr., Esq.
Jason E. Causey, Esq.
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003

John W. Barrett, Esq.
Jonathan Marshall, Esq.
BAILEY & GLASSER, LLP
209 Capital Street
Charleston, WV 25301

Jason E. Manning, Esq.
John C. Lynch, Esq.
Troutman Sanders, LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462

Karen E. Kahle, Esq.
STEPTOE & JOHNSON, PLLC
1233 Main Street, Suite 3000
Wheeling, WV 26003

Amy Smith, Esq.
STEPTOE & JOHNSON, PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330

Carlie M. Parker, Esq.  (WV Bar No.: 9702)
STEPTOE & JOHNSON, PLLC
1085 Van Voorhis Road
P.O. Box 1616
Morgantown, WV 26507-1616

/s/Daniel J. Guida
Daniel J. Guida, Esq.
WV State Bar No.: 4604