IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

PHILIP ALIG, SARA J. ALIG,
ROXANNE SHEA and DANIEL V. SHEA,
Individually and on behalf of a class of persons,

    Plaintiffs,

v.

QUICKEN LOANS INC.,
TITLE SOURCE, INC. and
RICHARD HYETT,

    Defendants.

Civil Action No. 5:12cv114 (lead)
Civil Action No. 5:12cv115
Honorable John Preston Bailey

## ORDER GRANTING JOINT MOTION
## TO CONTINUE DEADLINES

This matter came before the Court upon consideration of the Joint Motion to Continue Deadlines filed by the Plaintiffs, Philip Alig, Sara Alig, Roxanne Shea and Daniel V. Shea, individually and on behalf of a class of persons, and Defendants Quicken Loans Inc. and Title Source, Inc.

**IT APPEARING** to the Court that good cause exists to continue the remaining deadlines set in the Court's September 14, 2015 Order (ECF No. 97) by four ~~six~~ weeks and to continue trial in this matter, pursuant to LR Civ. P. 16.01(f), the Court **GRANTS** the Joint Motion to Continue Deadlines. It is hereby **ORDERED** that the below dates be extended as follows, subject to the definitions set forth in the Scheduling Order [Doc. 53, 97]:

1. <u>Motion for Class Certification</u>: **February 15, 2016**
   a. Responses: **March 7, 2016**
   b. Replies: **March 21, 2016**

2. <u>Summary Judgment/Dispositive Motions</u>: **February 29, 2016**
   a. Responses: **March 28, 2016**
   b. Replies: **April 11, 2016**

**It is so ORDERED.**

The Clerk is hereby directed to transmit copies of this Order to all counsel of record herein.

Dated: 1-13-2016

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

2