IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

PHILIP ALIG, SARA J. ALIG,
ROXANNE SHEA and DANIEL V. SHEA,
Individually and on behalf of a class of persons,

Plaintiffs,

v.

QUICKEN LOANS INC.,
TITLE SOURCE, INC. and
RICHARD HYETT,

Defendants.

Civil Action No. 5:12cv114 (lead)
Civil Action No. 5:12cv115
Honorable John Preston Bailey

## PARTIAL DISMISSAL ORDER

On this day came Plaintiffs Daniel and Roxanne Shea by counsel, and also came Defendant Richard Hyett, by counsel, and advised this Court that all matters in controversy between them have been amicably SETTLED and RESOLVED. Based upon the foregoing, the parties jointly requested dismissal, with prejudice, of all claims against Richard Hyett, including any and all direct claims, cross-claims, counter-claims and/or third party claims which have been or could be asserted against Richard Hyett in this matter.

Finding good cause, the Court hereby ORDERS that any and all direct claims, cross-claims, counter-claims and/or third party claims which have been or could be asserted against Richard Hyett in this matter are hereby DISMISSED, WITH PREJUDICE and stricken from the Docket.

ENTERED THIS **19th** DAY OF **MAY**, 2016.

JOHN P. BAILEY
DISTRICT COURT JUDGE

Approved and submitted for entry by:

/s/ Karen Kahle
Karen Kahle
*Counsel for Richard Hyett*

/s/ Jason Causey
Jason Causey
*Counsel for Plaintiffs*