IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**PHILIP ALIG, SARA J. ALIG,
ROXANNE SHEA and DANIEL V. SHEA,**
individually and on behalf of a class of persons,

      Plaintiffs,

  v.                                 Civil Action No. 5:12cv114 (lead)
                                      Civil Action No. 5:12cv115
**QUICKEN LOANS INC., and**        Honorable John Preston Bailey
**TITLE SOURCE, INC.,**

      Defendants.

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Ronald and Jennifer Bender ("Class Members") and Defendants Quicken Loans Inc. and Title Source Inc. (n/k/a Amrock, Inc.), through their undersigned counsel, hereby stipulate to dismissal of Class Members' claim for actual damages with respect to their March 2007 loan by Quicken Loans for violations of the West Virginia Consumer Credit and Protection Act, W. Va. Code § 46A-2-121(1) (Count 4), with the parties waiving their rights of appeal as to that dismissal and agreeing to bear their own costs as to that claim. Such dismissal shall not disqualify Class Members from recovering, nor Defendants from appealing, any statutory penalty awarded by the Court for unconscionable inducement as it relates only to said loan.

                                                Respectfully submitted,

                                                */s/ Victor S. Woods*_____
                                                Jonathan R. Marshall (WVSB #10580)
                                                Victor S. Woods (WVSB #6894)
                                                Steven R. Ruby (WVSB #10752)
                                                Bailey & Glasser LLP
                                                209 Capitol Street
                                                Charleston, WV 25301

(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com
vwoods@baileyglasser.com
sruby@baileyglasser.com

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

- and-

Jason E. Causey (WBSB #9482)
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
(304) 242-8410
jcausey@bordaslaw.com

**QUICKEN LOANS INC. and AMROCK INC. (f/k/a TITLE SOURCE, INC.)**


By: /s/ *Joseph F. Savage, Jr.*
Joseph F. Savage, Jr. (WV Bar No. 3265)
Yvonne W. Chan (*Pro hac vice*)
Katherine G. McKenney (*Pro hac vice*)
*Counsel for Quicken Loans Inc. and Amrock Inc.*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
E-mail: jsavage@goodwinlaw.com
E-mail: ychan@goodwinlaw.com
E-mail: kmckenney@goodwinlaw.com

Thomas M. Hefferon (*Pro hac vice*)
Brooks R. Brown (*Pro hac vice*)
*Counsel for Quicken Loans Inc. and Amrock Inc.*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.

2

Washington, D.C. 20001-4432  
Telephone: (202) 346-2000  
Facsimile: (202) 346-4444  
E-mail: thefferon@goodwinlaw.com  
E-mail: bbrown@goodwinlaw.com

Anne E. Railton (*Pro hac vice*)  
*Counsel for Quicken Loans Inc. and Amrock Inc.*  
GOODWIN PROCTER LLP  
620 Eighth Avenue  
New York, NY 10018  
Telephone: (212) 459-7434  
Facsimile: (646) 558-4174  
E-mail: arailton@goodwinlaw.com

Carrie Goodwin Fenwick (WV Bar No. 7164)  
Richard D. Owen (WV Bar No. 2794)  
*Counsel for Quicken Loans Inc. and Amrock Inc.*  
Goodwin & Goodwin, LLP  
300 Summers Street, Suite 1500  
Charleston, WV 25301  
Telephone: (304) 346-7000  
Facsimile: (304) 344-9692  
E-mail: cgf@goodwingoodwin.com  
E-mail: rdo@goodwingoodwin.com

John C. Lynch (WV Bar No. 6627)  
Jason E. Manning (WV Bar No. 11277)  
*Counsel for Quicken Loans Inc. and Amrock Inc.*  
TROUTMAN SANDERS LLP  
222 Central Park Avenue, Suite 2000  
Virginia Beach, Virginia 23462  
Telephone: (757) 687-7564  
Facsimile: (757) 687-1524  
E-mail: john.lynch@troutmansanders.com  
E-mail: jason.manning@troutmansanders.com

Dated:  October 5, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling Division

**PHILIP ALIG, SARA J. ALIG,**
**ROXANNE SHEA and DANIEL V. SHEA,**
**individually and on behalf of a class of persons,**

      **Plaintiffs,**

    v.                                    Civil Action No. 5:12cv114 (lead)
                                            Civil Action No. 5:12cv115
**QUICKEN LOANS INC., and**           Honorable John Preston Bailey
**TITLE SOURCE, INC.,**

      **Defendants.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of October 2018, the foregoing **STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE** was served on counsel of record through the CM/ECF system, which will notify the following CM/ECF participants:

Joseph F. Savage, Jr. (WV Bar No. 3265)
Yvonne W. Chan (*Pro hac vice*)
Katherine G. McKenney (*Pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
E-mail: jsavage@goodwinlaw.com
E-mail: ychan@goodwinlaw.com
E-mail: kmckenney@goodwinlaw.com

Thomas M. Hefferon (*Pro hac vice*)
Brooks R. Brown (*Pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4432
Telephone: (202) 346-2000
Facsimile: (202) 346-4444
E-mail: thefferon@goodwinlaw.com
E-mail: bbrown@goodwinlaw.com

Anne E. Railton (*Pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7434
Facsimile: (646) 558-4174

Carrie Goodwin Fenwick (WV Bar No. 7164)
Richard D. Owen (WV Bar No. 2794)
300 Summers Street, Suite 1500
Charleston, WV 25301
Telephone: (304) 346-7000
Facsimile: (304) 344-9692
E-mail: cgf@goodwingoodwin.com
E-mail: rdo@goodwingoodwin.com

John C. Lynch (WV Bar No. 6627)
Jason E. Manning (WV Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

                                       */s/ Victor S. Woods*_____
                                       Victor S. Woods (WVSB #6894)