**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
Wheeling Division

| | |
|---|---|
| **PHILIP ALIG, SARA J. ALIG,** | |
| **ROXANNE SHEA and DANIEL V. SHEA,** | |
| Individually and on behalf of a class of persons, | |
| **Plaintiffs,** | |
| v. | Civil Action No. 5:12cv114 (lead) |
| | Civil Action No. 5:12cv115 |
| **QUICKEN LOANS INC., and** | Honorable John Preston Bailey |
| **TITLE SOURCE, INC.** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Philip and Sara Alig ("Plaintiffs") and Defendants Quicken Loans Inc. and Title Source Inc. (n/k/a Amrock, Inc.) ("Defendants"), through their undersigned counsel, hereby stipulate to dismissal of Plaintiffs' individual claims under Counts 2, 3, 5, 6, 8, 9, and 10 in the above-captioned action with prejudice, with the parties waiving their rights of appeal as to those dismissals and agreeing to bear their own costs as to those claims.

Plaintiffs and Defendants also hereby stipulate to the dismissal of Plaintiffs' individual claims under Counts 1, 4, and 7 in this action with prejudice, with the parties waiving their rights of appeal as to those dismissals and agreeing to bear their own costs as to those claims, except that it is understood and agreed that such dismissal and waiver of rights of appeal shall not include the following: (a) Plaintiffs' claims in Count 4 against Defendants for recovery of a statutory penalty for unconscionable inducement as it relates only to the 2007 mortgage loan at issue in this action; (b) Plaintiffs' claims in Count 7 against Defendants for recovery of the $180 appraisal fee for breach of contract as it relates only to the 2007 mortgage loan at issue in this action; and (c)

Plaintiffs' claims in Count 1 against Defendants for conspiracy, consistent with the remaining claims.

Plaintiffs and Defendants understand and agree that nothing in this Stipulation is intended (nor shall be construed) to (a) release the claims certified for class treatment by the Court by Order dated June 2, 2016 or claims for prejudgment interest, post-judgment interest, and/or attorneys' fees or costs, to the extent authorized by statute or other applicable law, arising out of or relating to such certified claims, all such claims, rights and interests being expressly reserved by Plaintiffs, (b) waive Plaintiffs' right or interest to act, purport to act, seek to act, or continue to seek to act as class representatives with respect to such certified claims, or (c) waive any of Defendants' appellate rights with respect to matters that are not the subject of this Stipulation, with such rights being expressly preserved.

Respectfully submitted,

*/s/ Victor S. Woods*
Jonathan R. Marshall (WVSB #10580)
Victor S. Woods (WVSB #6894)
Steven R. Ruby (WVSB #10752)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com
vwoods@baileyglasser.com
sruby@baileyglasser.com

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

- and-

Jason E. Causey (WBSB #9482)
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
(304) 242-8410
jcausey@bordaslaw.com

**QUICKEN LOANS INC. and AMROCK INC. (f/k/a TITLE SOURCE, INC.)**

By: /s/ *Joseph F. Savage, Jr.*
Joseph F. Savage, Jr. (WV Bar No. 3265)
Yvonne W. Chan (*Pro hac vice*)
Katherine G. McKenney (*Pro hac vice)*
*Counsel for Quicken Loans Inc. and Amrock Inc.*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
E-mail: jsavage@goodwinlaw.com
E-mail: ychan@goodwinlaw.com
E-mail: kmckenney@goodwinlaw.com

Thomas M. Hefferon (*Pro hac vice*)
Brooks R. Brown (*Pro hac vice*)
*Counsel for Quicken Loans Inc. and Amrock Inc.*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4432
Telephone: (202) 346-2000
Facsimile: (202) 346-4444
E-mail: thefferon@goodwinlaw.com
E-mail: bbrown@goodwinlaw.com

Anne E. Railton (*Pro hac vice)*
*Counsel for Quicken Loans Inc. and Amrock Inc.*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7434
Facsimile: (646) 558-4174
E-mail: arailton@goodwinlaw.com

        Carrie Goodwin Fenwick (WV Bar No. 7164)
        Richard D. Owen (WV Bar No. 2794)
        *Counsel for Quicken Loans Inc. and Amrock Inc.*
        Goodwin & Goodwin, LLP
        300 Summers Street, Suite 1500
        Charleston, WV 25301
        Telephone: (304) 346-7000
        Facsimile: (304) 344-9692
        E-mail: cgf@goodwingoodwin.com
        E-mail: rdo@goodwingoodwin.com

        John C. Lynch (WV Bar No. 6627)
        Jason E. Manning (WV Bar No. 11277)
        *Counsel for Quicken Loans Inc. and Amrock Inc.*
        TROUTMAN SANDERS LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, Virginia 23462
        Telephone: (757) 687-7564
        Facsimile: (757) 687-1524
        E-mail: john.lynch@troutmansanders.com
        E-mail: jason.manning@troutmansanders.com

Dated:  October 23, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling Division

**PHILIP ALIG, SARA J. ALIG,**
**ROXANNE SHEA and DANIEL V. SHEA,**
Individually and on behalf of a class of persons,

      **Plaintiffs,**

    v.                                Civil Action No. 5:12cv114
                                        The Honorable John Preston Bailey

**QUICKEN LOANS INC., and**
**TITLE SOURCE, INC.**

      **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of October 2018, the foregoing **STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE** was served on counsel of record through the CM/ECF system, which will notify the following CM/ECF participants:

        Joseph F. Savage, Jr. (WV Bar No. 3265)
        Yvonne W. Chan (*Pro hac vice*)
        Katherine G. McKenney (*Pro hac vice*)
        GOODWIN PROCTER LLP
        100 Northern Avenue
        Boston, MA 02210
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        E-mail: jsavage@goodwinlaw.com
        E-mail: ychan@goodwinlaw.com
        E-mail: kmckenney@goodwinlaw.com

        Thomas M. Hefferon (*Pro hac vice*)
        Brooks R. Brown (*Pro hac vice*)
        GOODWIN PROCTER LLP
        901 New York Avenue, N.W.
        Washington, D.C. 20001-4432
        Telephone: (202) 346-2000
    Facsimile: (202) 346-4444E-mail: thefferon@goodwinlaw.com
        E-mail: bbrown@goodwinlaw.com

Anne E. Railton (*Pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 459-7434
Facsimile: (646) 558-4174

Carrie Goodwin Fenwick (WV Bar No. 7164)
Richard D. Owen (WV Bar No. 2794)
300 Summers Street, Suite 1500
Charleston, WV 25301
Telephone: (304) 346-7000
Facsimile: (304) 344-9692
E-mail: cgf@goodwingoodwin.com
E-mail: rdo@goodwingoodwin.com

John C. Lynch (WV Bar No. 6627)
Jason E. Manning (WV Bar No. 11277)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com


*/s/ Victor S. Woods*
Victor S. Woods (WVSB #6894)