FILED: May 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1059
(5:12-cv-00114-JPB-JPM)
(5:12-cv-00115-JPB)

_____

PHILLIP ALIG; SARA J. ALIG; ROXANNE SHEA; DANIEL V. SHEA, Individually and on behalf of a class of persons

  Plaintiffs - Appellees

v.

QUICKEN LOANS INC.; AMROCK INC., f/k/a Title Source, Inc., d/b/a Title Source Inc. of West Virginia, Incorporated

  Defendants - Appellants

and

DEWEY V. GUIDA; APPRAISALS UNLIMITED, INC.; RICHARD HYETT

  Defendants

-------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

  Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' motion to stay the mandate pending the filing and disposition of their petition for certiorari to the Supreme Court, the court grants the motion.

    For the Court

    /s/ Patricia S. Connor, Clerk