# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 21, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Rocket Mortgage, LLC, fka Quicken Loans Inc., et al.
           v. Phillip Alig, et al.
           No. 21-428
           (Your No. 19-1059)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 17, 2021 and placed on the docket September 21, 2021 as No. 21-428.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst