IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

PHILIP ALIG, SARA J. ALIG,
ROXANNE SHEA and DANIEL V. SHEA,
Individually and on behalf of a class of persons,

    Plaintiffs,

v.

QUICKEN LOANS INC., and
TITLE SOURCE, INC.

    Defendants.

Civil Action No. 5:12cv114 (lead)
Civil Action No. 5:12cv115
Honorable John Preston Bailey

## [PROPOSED] ORDER

Having reconsidered this case in light of *TransUnion LLC v. Ramirez*, 594 U.S. __, 141 S. Ct. 2190 (2021), the Court hereby reinstates its judgment of December 14, 2018. The Court does so for the reasons explained in its Order of November 28, 2022: Each member of the class suffered the same concrete harm and accordingly had Article III standing to pursue their claims. Each member of the class suffered the same pocketbook injury: They paid an average of $350 for an independent appraisal that they never received. That sort of financial harm is an ordinary economic injury for which there has long been a common-law analogue. On application to this case, *TransUnion* thus does not impede the class's showing on standing. The Court

accordingly reinstates the original judgment, with post-judgment interest continuing to accrue since ~~that~~ the date of this Order.

**SO ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record.

Dated: December 12, 2022

Hon. John Preston Bailey
United States District Judge