FILED: December 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2289
(5:12-cv-00114-JPB-JPM)
(5:12-cv-00115-JPB)
_____

PHILLIP ALIG; SARA J. ALIG; ROXANNE SHEA; DANIEL V. SHEA

      Plaintiffs - Appellees

v.

ROCKET MORTGAGE, LLC, f/k/a Quicken Loans Inc.; AMROCK INC., f/k/a Title Source, Incorporated, d/b/a Title Source Inc. of West Virginia, Incorporated

      Defendants - Appellants

and

DEWEY V. GUIDA; APPRAISALS UNLIMITED, INCORPORATED; RICHARD HYETT

      Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
|---|---|
| Originating Case Number | 5:12-cv-00114-JPB-JPM, 5:12-cv-00115-JPB |
| Date notice of appeal filed in originating court: | 12/19/2022 |
| Appellant(s) | ROCKET MORTGAGE, LLC, f/k/a Quicken Loans Inc.; AMROCK INC., f/k/a Title Source, Incorporated, d/b/a Title Source Inc. of West |

|  | Virginia, Incorporated |
|---|---|
| Appellate Case Number | 22-2289 |
| Case Manager | Rachel Phillips<br>804-916-2702 |